1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

UNITED STATES OF AMERICA,

NO.  CR21- 105 RSL

11

Plaintiff

12

v.

**INFORMATION (Felony)**

13

MARK DENTON,

14

Defendant.

15

16    The United States Attorney charges that:

17

18    **<u>COUNT 1</u>**

19    **(Possession of a Machinegun)**

20    On or about December 13, 2019, at Renton, within the Western District of

21    Washington, MARK DENTON did possess a machinegun, to wit:  an Alex Pro Firearm,

22    M16-type receiver, with an obliterated serial number; a Tennessee Arms Company,

23    TVARMS 15 receiver, with serial number 1604816292; and a Tennessee Arms

24    Company, TVARMS 15 receiver, with an obliterated serial number.

25    All in violation of Title 18, United States Code, Sections 922(o), 921(a)(3)(B),

26    921(a)(23), and 924(a)(2).

27

28

Information (Felony)/ U.S. v. Mark Denton - 1

## COUNT 2

### (Possession of a Firearm with an Obliterated Serial Number)

On or about December 13, 2019, at Renton, within the Western District of Washington, MARK DENTON did knowingly possess a firearm, to wit: an Alex Pro Firearm, M16-type receiver, with an obliterated serial number, and a Tennessee Arms Company, TVARMS 15 receiver, with an obliterated serial number, which had previously traveled in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(k), 921(a)(3)(B), and 924(a)(1)(B).

DATED: June 21, 2021.


TESSA M. GORMAN
Acting United States Attorney


TODD GREENBERG
Assistant United States Attorney


GREGORY A. GRUBER
Assistant United States Attorney

Information (Felony)/ U.S. v. Mark Denton - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800